*Attorney General Burger* and *Samuel D. Slade* for the United States. 

No. 86. Topps Chewing Gum, Inc. *v.* Haelan Laboratories, Inc. C. A. 2d Cir. Certiorari denied. *George E. Middleton* for petitioner. *Jonas J. Shapiro* for respondent. 

No. 89. Gill *v.* Pennsylvania Railroad Co. C. A. 3d Cir. Certiorari denied. *Joseph G. Feldman* for petitioner. *Philip Price, Hugh B. Cox* and *Theodore Voorhees* for respondent. 

No. 90. Kushelewitz et al., doing business as Elkay Textile Co., *v.* National City Bank of New York et al. C. A. 2d Cir. Certiorari denied. *Jacob E. Heller* for petitioners. 

No. 91. Smith *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Robert J. Lansdowne* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Helen Goodner* and *Walter Akerman, Jr.* for respondent. 

No. 95. Helton *v.* Tennessee. Supreme Court of Tennessee. Certiorari denied. *John J. Hooker* for petitioner. *Roy H. Beeler,* Attorney General of Tennessee, and *Nat Tipton* for respondent. 

No. 96. Thompson, Trustee, *v.* American Abrasive Metals Co. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied. *Walter F. Woodul* for petitioner. *John Leroy Jeffers* for respondent.